UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

**Pamela Trumble**

vs.                                         5:04-cv-534(FJS/GJD)

**BFS Retail & Commercial Operations, LLC**
*aka/Bridgestone/Firestone, Inc.*

### ORDER DISMISSING CASE

No activity has occurred in this case since November 17, 2004 when an answer was filed.

On November 29, 2006 a notice was sent to all parties in this action that a dismissal calendar call would be held on December 18, 2006, allowing any opposition to the dismissal to be filed by December 13, 2006. No opposition papers were filed.

On December 18, 2006 a dismissal calendar call was held and no parties to this action entered an appearance.

Given the time that has lapsed without further prosecution, there appears to be no reason for this case to remain pending on the Court docket. Therefore, it is hereby

**ORDERED** that this case is dismissed for failure to prosecute and further it is

**ORDERED** that the Clerk of the Court shall close this case.

**IT IS SO ORDERED.**
December 18, 2006

Frederick J. Scullin, Jr.
Senior United States District Court Judge